Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 15−22679−RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Miguel Rivera                                    Julisa Rivera
   743 Nicholas Place                          743 Nicholas Place
   Rahway, NJ 07065                          Rahway, NJ 07065

Social Security No.:
   xxx−xx−2494                                    xxx−xx−9922

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on September 9, 2015.

    On 8/18/2016 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                 September 21, 2016
Time:                09:00 AM
Location:           Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 22, 2016
JJW: car

                                                                                 James J. Waldron
                                                                                 Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                          Case No. 15-22679-RG
Miguel Rivera
Julisa Rivera                                                   Chapter 13
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2          Date Rcvd: Aug 22, 2016
                             Form ID: 185             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2016.
db/jdb         +Miguel Rivera,   Julisa Rivera,    743 Nicholas Place,    Rahway, NJ 07065-2642
515608060    ++++ASPIRE/CB&T,    9 CORPORATE RIDGE PKWY,    COLUMBUS GA 31907-3049
               (address filed with court: Aspire/cb&t,    9 Mutec Dr,   Columbus, GA 31907)
515608061      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attention: Recovery Department,
                4161 Peidmont Pkwy.,   Greensboro, NC 27410)
515608062       +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                Simi Valley, CA 93062-5170
515819058       +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
515608063       +Barclays Bank Delaware,    Attn: Bankruptcy,   P.O. Box 8801,   Wilmington, DE 19899-8801
515608065       +Cap1/bstby,   Po Box 6497,    Sioux Falls, SD 57117-6497
515608066       +Cap1/neimn,   Po Box 5253,    Carol Stream, IL 60197-5253
515608067       +Capital 1 Bank,    Attn: General Correspondence,    PO Box 30285,   Salt Lake City, UT 84130-0285
515608068      #+Capital One,    Po Box 5253,   Carol Stream, IL 60197-5253
515715565        Capital One, N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
515608069       +Chase,    Attn: Bankruptcy Dept,    PO Box 15298,   Wilmington, DE 19850-5298
515608070       +Chase Card,    P.o. Box 15298,   Wilmington, DE 19850-5298
515608071       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                Saint Louis, MO 63179-0040
515608073       +Comenity Bank/mandee,    995 W 122nd Ave,   Westminster, CO 80234-3417
515608076       +Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
515608077       +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    PO Box 837,   Newtown, CT 06470-0837
515608079       +Merc Adj Bur,    PO Box 9016,   Williamsville, NY 14231-9016
515608081       +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
515608082      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,   PO Box 8026,
                Cedar Rapids, IA 52408)
515738492       +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
515837104       +WELLS FARGO BANK, N.A.,    F8235-02F,   PO BOX 10438,    DES MOINES, IA 50306-0438
515608083       +Wells Fargo,   PO Box 60510,    Los Angeles, CA 90060-0510
515608084       +Wells Fargo Bank,   Po Box 14517,    Des Moines, IA 50306-3517
515608087       +Wells Fargo Bank Nv Na,   Po Box 94435,    Albuquerque, NM 87199-4435
515608086       +Wells Fargo Bank Nv Na,   Attn: Deposits Bankruptcy MAC# P6103-05K,    PO Box 3908,
                Portland, OR 97208-3908
515832807        Wells Fargo Bank, N.A.,    Home Equity Group,   1 Home Campus X2303-01A,
                Des Moines, IA 50328-0001
515839932       +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 22 2016 23:12:39     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2016 23:12:35      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515627546       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 22 2016 23:14:58
                American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK 73124-8848
515752764      +E-mail/Text: bncmail@w-legal.com Aug 22 2016 23:12:47     CERASTES, LLC,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515608075      +E-mail/Text: mrdiscen@discover.com Aug 22 2016 23:11:50     Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
515608078      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2016 23:07:21     GECRB/JC Penny,
                Attention: Bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
515608080      +E-mail/Text: bnc@nordstrom.com Aug 22 2016 23:12:02     Nordstrom FSB,
                Attention: Account Services,   PO Box 6566,   Englewood, CO 80155-6566
515789354       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 22 2016 23:07:07
                Portfolio Recovery Associates, LLC,    c/o The Home Depot,   POB 41067,   Norfolk VA 23541
515837143      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 22 2016 23:12:51     TD BANK / NORDSTROM FSB,
                c o Jefferson Capital Systems LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515608064*     +Barclays Bank Delaware,   Attn: Bankruptcy,   P.O. Box 8801,   Wilmington, DE 19899-8801
515608072*     +Citibank/The Home Depot,   Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                Saint Louis, MO 63179-0040
515608074*     +Comenity Bank/mandee,    995 W 122nd Ave,   Westminster, CO 80234-3417
515608085*     +Wells Fargo Bank,   Po Box 14517,   Des Moines, IA 50306-3517
515608088*     +Wells Fargo Bank Nv Na,   Po Box 94435,   Albuquerque, NM 87199-4435
                                                                                TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2            User: admin              Page 2 of 2              Date Rcvd: Aug 22, 2016
                                Form ID: 185             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2016 at the address(es) listed below:
              Denise E. Carlon     on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman     on behalf of Creditor    PNC Bank, National Association
               jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Russell L. Low     on behalf of Joint Debtor Julisa   Rivera rbear611@aol.com,  lowlaw505@gmail.com
              Russell L. Low     on behalf of Debtor Miguel   Rivera rbear611@aol.com,  lowlaw505@gmail.com
                                                                                              TOTAL: 5