| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Low and Low, L.L.C.<br>505 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 343-4040<br>Russell L. Low, Esq. No. 4745<br>Attorney for the Debtor | FILED<br>James J. Waldron<br>AUG 31 2016<br>U.S. Bankruptcy Court<br>Newark, New Jersey<br>BY_____ Deputy |
| In Re:<br><br>Miguel Rivera,<br>Julisa Rivera | Case No.: 15-22679<br>Chapter: 13<br>Judge: RG |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

8-31-16      _____
                      USBJ

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___2/22/2016___:

Property: ___743 Nicholas Place Rahway, NJ 07065___

Creditor: ___PNC Bank___

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Russell L. Low___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___November 30, 2016___.

The Loss Mitigation Period is terminated, effective ~~8/21/2016~~.

*Revised 9/19/13*

2