Order Filed on October 6, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) |
| Russell L. Low, Esq. – RLL 4745 <br> Low & Low, LLC <br> 505 Main Street, Suite 304 <br> Hackensack, NJ 07501 <br> 201-343-4040 <br> Attorneys for Debtor |
| In Re <br><br> **MIGUEL RIVERA** <br> **JULISA RIVERA** <br><br><br> Debtor(s) |

Case No. 15-22679

Chapter 13

Judge: The Honorable Rosemary Gambardella

Hearing Date: October 4, 2016, 10:00am

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: October 6, 2016

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Russell L. Low, Esq.,** the applicant, is allowed a fee of $2,337.50 for services rendered and expenses in the amount of $0.00 for a total of $2,337.50.  The allowance is payable:

  _X_    through the Chapter 13 plan as an administrative priority.

  ___    outside the plan.

` The debtor's monthly plan is modified to require a payment of $ 411.00  per month for 23 months to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Miguel Rivera  
Julisa Rivera  
    Debtors

Case No. 15-22679-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Oct 06, 2016  
　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2016.  
db/jdb　　　+Miguel Rivera,　Julisa Rivera,　743 Nicholas Place,　Rahway, NJ 07065-2642

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2016 at the address(es) listed below:  
　　Denise E. Carlon　　on behalf of Creditor　　PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　Joshua I. Goldman　　on behalf of Creditor　　PNC Bank, National Association jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　Marie-Ann Greenberg　　magecf@magtrustee.com  
　　Russell L. Low　　on behalf of Joint Debtor Julisa Rivera rbear611@aol.com, lowlaw505@gmail.com  
　　Russell L. Low　　on behalf of Debtor Miguel Rivera rbear611@aol.com, lowlaw505@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5