Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

        Case No.: 15−22679−RG  
        Chapter: 13  
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Miguel Rivera                                  Julisa Rivera  
   743 Nicholas Place                       743 Nicholas Place  
   Rahway, NJ 07065                      Rahway, NJ 07065

Social Security No.:  
   xxx−xx−2494                                    xxx−xx−9922

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/7/16 at 10:30 AM

to consider and act upon the following:

**57** − Certification in Opposition to (related document:55 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/1/2016. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Julisa Rivera, Miguel Rivera. (Attachments: # 1 Exhibit A) (Low, Russell)

Dated: 11/1/16

                                                         James J. Waldron  
                                                         Clerk, U.S. Bankruptcy Court