Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−22679−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Miguel Rivera
743 Nicholas Place
Rahway, NJ 07065

Julisa Rivera
743 Nicholas Place
Rahway, NJ 07065

Social Security No.:
xxx−xx−2494

xxx−xx−9922

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/7/16 at 10:30 AM

to consider and act upon the following:

**57** − Certification in Opposition to (related document:55 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/1/2016. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Julisa Rivera, Miguel Rivera. (Attachments: # 1 Exhibit A) (Low, Russell)

Dated: 11/1/16

James J. Waldron
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 15-22679-RG
Miguel Rivera                                                          Chapter 13
Julisa Rivera
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 01, 2016
                              Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2016.
db/jdb         +Miguel Rivera,    Julisa Rivera,    743 Nicholas Place,    Rahway, NJ 07065-2642
cr             +Toyota Motor Credit Corporation,    P. O. Box 9013,    Addison, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2016 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
       nj_ecf_notices@buckleymadole.com
      Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
       jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Russell L. Low    on behalf of Joint Debtor Julisa  Rivera rbear611@aol.com,    lowlaw505@gmail.com
      Russell L. Low    on behalf of Debtor Miguel  Rivera rbear611@aol.com,    lowlaw505@gmail.com
                                                                  TOTAL: 6