Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  15−22679−RG
                    Chapter:  13
                    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Miguel Rivera                                      Julisa Rivera
  743 Nicholas Place                         743 Nicholas Place
  Rahway, NJ 07065                         Rahway, NJ 07065
Social Security No.:
  xxx−xx−2494                                     xxx−xx−9922
Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/18/17 at 09:00 AM

to consider and act upon the following:

*57* − Certification in Opposition to (related document:55 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/1/2016. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Julisa Rivera, Miguel Rivera. (Attachments: # 1 Exhibit A) (Low, Russell)


Dated: 12/27/16

                                                                         James J. Waldron
                                                                         Clerk, U.S. Bankruptcy Court