Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−22679−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Miguel Rivera
743 Nicholas Place
Rahway, NJ 07065

Julisa Rivera
743 Nicholas Place
Rahway, NJ 07065

Social Security No.:
  xxx−xx−2494                                       xxx−xx−9922

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
  Debtor and Joint Debtor was entered on April 27, 2017.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 27, 2017
JAN: rah

Jeanne Naughton
Clerk

```
                      United States Bankruptcy Court
                           District of New Jersey

In re:                                                              Case No. 15-22679-RG
Miguel Rivera                                                       Chapter 13
Julisa Rivera
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Apr 27, 2017
                              Form ID: 148                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
db/jdb         +Miguel Rivera,    Julisa Rivera,    743 Nicholas Place,    Rahway, NJ 07065-2642
cr             +Toyota Motor Credit Corporation,     P. O. Box 9013,    Addison, TX 75001-9013
515608060     ++++ASPIRE/CB&T,    9 CORPORATE RIDGE PKWY,    COLUMBUS GA 31907-3049
               (address filed with court: Aspire/cb&t,      9 Mutec Dr,    Columbus, GA 31907)
515819058      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515608065      +Cap1/bstby,   Po Box 6497,    Sioux Falls, SD 57117-6497
515608071      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                 Saint Louis, MO 63179-0040
515608077      +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    PO Box 837,    Newtown, CT 06470-0837
515608079      +Merc Adj Bur,   PO Box 9016,    Williamsville, NY 14231-9016
515608081      +Pnc Mortgage,   Po Box 8703,    Dayton, OH 45401-8703
515738492      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2017 11:47:50      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2017 11:47:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515627546       EDI: AIS.COM Apr 27 2017 22:38:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK 73124-8848
515608061       EDI: BANKAMER.COM Apr 27 2017 22:38:00      Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410
515608062      +EDI: BANKAMER.COM Apr 27 2017 22:38:00      Bank of America,
                 Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,    Simi Valley, CA 93062-5170
515608063      +EDI: TSYS2.COM Apr 27 2017 22:38:00      Barclays Bank Delaware,    Attn: Bankruptcy,
                 P.O. Box 8801,   Wilmington, DE 19899-8801
515752764      +E-mail/Text: bncmail@w-legal.com Apr 28 2017 11:47:56      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515608066      +EDI: CAPITALONE.COM Apr 27 2017 22:38:00      Cap1/neimn,    Po Box 5253,
                 Carol Stream, IL 60197-5253
515608067      +EDI: CAPITALONE.COM Apr 27 2017 22:38:00      Capital 1 Bank,    Attn: General Correspondence,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
515608068      +EDI: CAPITALONE.COM Apr 27 2017 22:38:00      Capital One,    Po Box 5253,
                 Carol Stream, IL 60197-5253
515715565       EDI: CAPITALONE.COM Apr 27 2017 22:38:00      Capital One, N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
515608069      +EDI: CHASE.COM Apr 27 2017 22:38:00      Chase,   Attn: Bankruptcy Dept,    PO Box 15298,
                 Wilmington, DE 19850-5298
515608070      +EDI: CHASE.COM Apr 27 2017 22:38:00      Chase Card,    P.o. Box 15298,
                 Wilmington, DE 19850-5298
515608073      +EDI: WFNNB.COM Apr 27 2017 22:38:00      Comenity Bank/mandee,    995 W 122nd Ave,
                 Westminster, CO 80234-3417
515608075      +EDI: DISCOVER.COM Apr 27 2017 22:38:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
515608076      +EDI: TSYS2.COM Apr 27 2017 22:38:00      Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
515608078      +EDI: RMSC.COM Apr 27 2017 22:38:00      GECRB/JC Penny,    Attention: Bankruptcy,
                 PO Box 103104,   Roswell, GA 30076-9104
515608080      +E-mail/Text: bnc@nordstrom.com Apr 28 2017 11:47:11      Nordstrom FSB,
                 Attention: Account Services,    PO Box 6566,   Englewood, CO 80155-6566
515789354       EDI: PRA.COM Apr 27 2017 22:38:00      Portfolio Recovery Associates, LLC,   c/o The Home Depot,
                 POB 41067,   Norfolk VA 23541
515837143      +EDI: JEFFERSONCAP.COM Apr 27 2017 22:38:00      TD BANK / NORDSTROM FSB,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
515608082       EDI: TFSR.COM Apr 27 2017 22:38:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 PO Box 8026,   Cedar Rapids, IA 52408
515837104      +EDI: WFFC.COM Apr 27 2017 22:38:00      WELLS FARGO BANK, N.A.,    F8235-02F,   PO BOX 10438,
                 DES MOINES, IA 50306-0438
515608083      +EDI: WFFC.COM Apr 27 2017 22:38:00      Wells Fargo,   PO Box 60510,
                 Los Angeles, CA 90060-0510
515608084      +EDI: WFFC.COM Apr 27 2017 22:38:00      Wells Fargo Bank,    Po Box 14517,
                 Des Moines, IA 50306-3517
515608086      +EDI: WFFC.COM Apr 27 2017 22:38:00      Wells Fargo Bank Nv Na,
                 Attn: Deposits Bankruptcy MAC# P6103-05K,    PO Box 3908,    Portland, OR 97208-3908
515608087      +EDI: WFFC.COM Apr 27 2017 22:38:00      Wells Fargo Bank Nv Na,    Po Box 94435,
                 Albuquerque, NM 87199-4435
515832807       EDI: WFFC.COM Apr 27 2017 22:38:00      Wells Fargo Bank, N.A.,    Home Equity Group,
                 1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
515839932      +EDI: WFFC.COM Apr 27 2017 22:38:00      Wells Fargo Card Services,    1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001
                                                                                              TOTAL: 28
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 27, 2017
                              Form ID: 148             Total Noticed: 38

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515608064*      +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
515608072*      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                  Saint Louis, MO 63179-0040
515608074*      +Comenity Bank/mandee,    995 W 122nd Ave,    Westminster, CO 80234-3417
515608085*      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
515608088*      +Wells Fargo Bank Nv Na,    Po Box 94435,    Albuquerque, NM 87199-4435
                                                                                            TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               nj_ecf_notices@buckleymadole.com
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Joint Debtor Julisa  Rivera rbear611@aol.com,    lowlaw505@gmail.com
              Russell L. Low    on behalf of Debtor Miguel  Rivera rbear611@aol.com,    lowlaw505@gmail.com
                                                                                             TOTAL: 6
```