| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) | Order Filed on May 4, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey |
| Russell L. Low, Esq. – RLL 4745<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor | Case No. 15-22679 |
| In Re | Chapter 13 |
| **MIGUEL RIVERA**<br>**JULISA RIVERA** | Judge: The Honorable Rosemary Gambardella |
| Debtor(s) | **Date of Hearing:** May 2, 2017, 10:00am |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: May 4, 2017

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Russell L. Low, Esq.,** the applicant, is allowed a fee of $1,500.00 for services rendered and expenses in the amount of $0.00 for a total of $1,500.00. The allowance is payable:

  _X_    through the Chapter 13 plan as an administrative priority.

  ___    outside the plan.

` ` The debtor's monthly plan is modified to require a payment of $521.00 per month for 15 months starting May 1, 2017 to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:
Miguel Rivera
Julisa Rivera
      Debtors

Case No. 15-22679-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: May 08, 2017
                                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2017.
db/jdb        +Miguel Rivera,   Julisa Rivera,   743 Nicholas Place,   Rahway, NJ 07065-2642

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2017 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Francesca Ann Arcure   on behalf of Creditor   Toyota Motor Credit Corporation
         nj_ecf_notices@buckleymadole.com
        Joshua I. Goldman   on behalf of Creditor   PNC Bank, National Association
         jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Marie-Ann Greenberg   magecf@magtrustee.com
        Russell L. Low   on behalf of Joint Debtor Julisa  Rivera rbear611@aol.com,   lowlaw505@gmail.com
        Russell L. Low   on behalf of Debtor Miguel  Rivera rbear611@aol.com,   lowlaw505@gmail.com
                                                                                                           TOTAL: 6